# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2017 MAY 26 A 8:03
CLERK
___ DIST. ___ GA.

| | | |
|---|---|---|
| AARON KAREEM MOORE, | * | |
| Petitioner, | * | CV 216-144 |
| v. | * | |
| WARDEN J.V. FLOURNOY, | * | |
| Respondent. | * | |

### ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's May 1, 2017, Report and Recommendation, dkt. no. 11, to which Aaron Kareem Moore ("Moore") filed Objections, dkt. no. 12. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **OVERRULES** Moore's Objections.[1]

The Court **DISMISSES WITHOUT PREJUDICE** Moore's Petition for Writ of Habeas Corpus, brought pursuant to 28 U.S.C. § 2241, dkt. no. 1, and **DENIES** Moore leave to proceed *in forma pauperis*

---

[1] Moore argues that the Magistrate Judge's analysis of his exhaustion is inconsistent with the United States Supreme Court's decision in Ross v. Blake, ___ U.S. ___, 136 S. Ct. 1850 (June 6, 2016). Dkt. No. 12, pp. 1-2. However, contrary to Moore's assertions that the grievance procedure operated as "a simple dead end" or that prison administrators thwarted him from taking advantage of the grievance procedure, Moore admits that the Warden did in fact inform him "that if [Moore] did not like the response he could appeal." Id. at p. 2. Moore simply opted not to file an appeal.

on appeal. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case

**SO ORDERED**, this 25 day of May, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

2